Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00272-CV

**NORTH HOUSTON MEDICAL CLINIC, L.L.C.**,
Appellant

v.

**INSTRUMENT SPECIALISTS, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 2008-006
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  July 29, 2009

DISMISSED

On May 11, 2009, we notified appellant that the notice of appeal was defective for failure to

comply with Rule 25.1(d)(1),(2),(3),(4),(5),(6),(7). *See* TEX. R. APP. P. 25.1(d). Appellant was

further notified that unless it filed an amended notice of appeal on or before June 10, 2009, the

appeal would be dismissed. *See* TEX. R. APP. P. 37.1. The deadline for filing an amended notice of

appeal has passed, and appellant failed to respond to our notice or correct the defective notice of appeal. Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). Costs of appeals are taxed against the appellant.

PER CURIAM